DAYLE ELIESON
United States Attorney
District of Nevada

MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8929
Facsimile: (415) 744-0134
E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN L. JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | 3:18-cv-00259-MMD-WGC<br><br>**ORDER GRANTING**<br><br>**MOTION FOR EXTENSION OF TIME (FIRST REQUEST)** |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), respectfully requests a 45-day extension of time, from September 28, 2018 to November 12, 2018, for Defendant to prepare the certified administrative record (CAR) and respond to Plaintiff's complaint in the above-captioned case.

This is Defendant's first request for an extension of time. Defendant respectfully submits that the requested extension is necessary because has taken longer than anticipated to prepare the CAR despite the Commissioner's diligent efforts to have it ready in time. This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant was unable to confer with Plaintiff to determine his position on the instant motion because there is no telephone number or email for him in the record.

Respectfully submitted,

Dated: September 27, 2018

DAYLE ELIESON
United States Attorney

By: */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

OF COUNSEL TO DEFENDANT:

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

IT IS SO ORDERED:

_____
HON. WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE

DATED: September 28, 2018

Motion for Extension of Time
Case No. 3:18-cv-00259-MMD-WGC